UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| MARLENE KANEHL, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br>vs.<br><br>CREDIT CORP SOLUTIONS INC d/b/a TASMAN CREDIT CORP,<br><br>      Defendant. | Case No.: 18-CV-01419<br><br>Hon. Lynn Adelman |

## PLAINTIFF KANEHL'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P RULE 68

Plaintiff Marlene Kanehl hereby provides notice to the court that Plaintiff Kanehl accepts the Offer of Judgment offered to Plaintiff Kanehl in the amount of Two Thousand One Hundred Dollars and No Cents ($2,100.00), as well as any accrued costs and reasonable fees incurred through the date of the offer, together with any reasonable fees and costs incurred by plaintiff in connection with the filing of a fee petition following the date of the offer, all in an amount to be decided by the Court.

WHEREFORE, Plaintiff Kanehl respectfully requests that this Court enter judgment for Plaintiff Kanehl in the amount of Two Thousand One Hundred Dollars and No Cents ($2,100.00), as well as any accrued costs and reasonable fees incurred through the date of the offer, together with any reasonable fees and costs incurred by plaintiff in connection with the filing of a fee petition following the date of the offer.

Dated: December 28, 2018

                                            Respectfully submitted,

                                            /s/ Mark A. Eldridge
                                            ADEMI & O'REILLY, LLP

1

3620 East Layton Avenue
Cudahy, WI 53110
(414) 482-8000
(414) 482-8001 (fax)
meldridge@ademilaw.com