# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

MARLENE KANEHL, individually and on behalf of all others similarly situated,
Plaintiff

v.

CASE NUMBER: 18-C-1419

CREDIT CORP SOLUTIONS INC. d/b/a TASMAN CREDIT CORP.,
Defendant

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff, Marlene Kanehl, and against the defendant, Credit Corp Solutions Inc. d/b/a Tasman Credit Corp, in the amount of $2,100.00.

1/8/19
Date

Stephen C. Dries
Clerk

s/ J. Dreckmann
(By) Deputy Clerk